IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:25-CR-79-FL

UNITED STATES OF AMERICA       )
                               )
              v.               )          ORDER
                               )
CHRISTOPHER EARL BARBOUR,       )
                               )
       Defendant.              )

This matter comes before the court on defense counsel's oral motion to withdraw and to continue the hearing on Defendant's release conditions. Defense counsel asserts that a potential conflict has arisen because counsel has learned recently of individuals whom she knows personally who may be victims in this case. The Government does not oppose the motion.

The Sixth Amendment's guarantee of effective assistance of counsel is not an unqualified right. *United States v. Gallop*, 838 F.2d 105, 107 (4th Cir. 1988). "Such right must not obstruct orderly judicial procedure and deprive courts of the exercise of their inherent power to control the administration of justice." *Id.* at 108. "An indigent defendant . . . can demand a different appointed lawyer only with good cause." *Id.* at 107. In determining whether good cause exists, the court considers (1) the timeliness of the motion; (2) the reasons why defendant wishes for new counsel; and (3) whether the purported conflict between defendant and counsel is so great that it has resulted in a total lack of communication, thereby preventing an adequate defense. *Id.* at 108.

The court finds that the motion is timely, and the potential conflict justifies counsel's request to withdraw. Accordingly, the motion to withdraw is allowed, and the Federal Public Defender shall appoint new counsel without delay.

New counsel will require additional time to prepare this matter for the hearing. Accordingly, the motion to continue is allowed, and the hearing is continued to **Tuesday, July 7, 2026**.

SO ORDERED, the 29th day of June 2026.

Robert B. Jones, Jr.
United States Magistrate Judge

Case 7:25-cr-00079-FL    Document 40    Filed 06/29/26    Page 2 of 2